NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**03-412 consolidated with 03-424**

STATE OF LOUISIANA

IN THE INTEREST OF

W.W.

CONSOLIDATED WITH

STATE OF LOUISIANA

IN THE INTEREST OF

J.W., C.W., & W.W.

\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. JC20020193
AND NO. JC20010751A
HONORABLE HERMAN C. CLAUSE, DISTRICT JUDGE
\*\*\*\*\*\*\*\*\*\*

**GLENN B. GREMILLION**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Marc T. Amy, and Glenn B. Gremillion, Judges.

**AFFIRMED.**

**Michelle M. Breaux**
**Assistant District Attorney**
**P. O. Box 3306**
**Lafayette, LA 70502-3306**
**(337) 266-9755**
**Counsel for Plaintiff/Appellee**
    **State of LA., Office of Community Services**

**David Kelly Balfour**
**P. O. Box 92775**
**Lafayette, LA 70509**
**(337) 234-2114**
**Counsel for Defendant/Appellee**
  **W. W.**

**Glenn Lewis Morgan**
**P. O. Box 5006**
**Lafayette, LA 70502-5006**
**(337) 332-0584**
**Counsel for Secondary Defendant/Appellant**
  **A. W.**

**Vivian Veron Neumann**
**P. O. Box 2220**
**Lafayette, LA 70502**
**(337) 237-1113**
**Counsel for Appellant**
  **R. H.**

**Marcus Anthony Allen, Sr. Esq.**
**413 Lee Ave.**
**Lafayette, LA 70501**
**(337) 289-1762**
**Counsel for Defendant/Appellee**
  **W. W.**

**A. W.**
**In Proper Person**
**104 Strasbourg Drive**
**Lafayette, LA 70506**
**(337) 991-0867**